# IN THE SUPREME COURT OF THE STATE OF NEVADA

ISRAEL BARLOW,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE RENA
G. HUGHES, DISTRICT JUDGE,
Respondents,
and
JULIE YOUNG,
Real Party in Interest.

No. 71925

**FILED**

JAN 13 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This is an original pro se petition for a writ of mandamus challenging a district court order for contempt in a child support enforcement action.

Having considered the petition, we conclude that petitioner has not demonstrated that our intervention by extraordinary writ relief is warranted. *See Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004). Petitioner has not demonstrated that the district court's finding of contempt constitutes an arbitrary or capricious exercise of discretion. *See Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197, 179 P.3d 556, 558 (2008). To the extent petitioner asserts a financial hardship in making the payments, that issue involves factual determinations that should be presented to the district court in the first instance. *See Round Hill Gen. Improvement Dist. v. Newman*, 97 Nev. 601, 604, 637 P.2d 534, 536 (1981). Accordingly, we decline to intervene at

17-01317

this time, *see Smith v. Eighth Judicial Dist. Court,* 107 Nev. 674, 677, 818 P.2d 849, 851 (1991) (stating that a petition for extraordinary writ relief is purely discretionary with this court), and we

ORDER the petition DENIED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc:   Hon. Rena G. Hughes, District Judge, Family Court Division
Israel Barlow
Clark County District Attorney
Eighth District Court Clerk